**No. 10-8425. Jason Walker and Shango Greer, Petitioners v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 351, 2011 U.S. LEXIS 1228.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 638.